IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEMORIAL HERMAN HOSPITAL SYSTEM, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-05-1234 |
| GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER OF REMAND

In accordance with the Memorandum and Order entered this day, the Court holds that remand of this case is appropriate and necessary. It is therefore

**ORDERED** that Plaintiff's Motion to Remand [Doc. # 3] is **GRANTED.** It is further

**ORDERED** that this case is **REMANDED** to the 55th District Court of Harris County, Texas as Cause No. 2005-16199.

SIGNED at Houston, Texas this **30th** day of **June, 2005**.

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2005\1234Remand   050630.1804